[No. 5744–1. Division One. October 30, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ANTHONY BISI, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 81131, 63167, T. Patrick Corbett, J., entered

June 24, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and James, J.